# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0578.  HERNDON v. THE STATE.**

This appeal was docketed on November 25, 2013, such that pro se appellant Antonio Herndon's brief was due on December 16, 2013. See Court of Appeals Rule 23 (a) (appellant's brief "shall be filed within 20 days after the appeal is docketed"). As of March 3, 2014, however, Herndon had neither filed a brief nor asked for an extension of time to do so. We therefore DISMISS this appeal. Id. (failure to file a brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"); see also *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).

We also instruct Herndon as follows: Your appeal has been DISMISSED because you failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial to this court within thirty (30) days of the trial court's decision. See *Reese*, 216 Ga. App. at 775.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*